# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-12-00210-001-PHX-GMS |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Artur Mosheev, | |
| Defendant. | |

Plaintiff, UNITED STATES OF AMERICA, has filed a Motion for Default Judgment and Execution of Cash Bond and request for hearing (Doc. 58). Magistrate Judge Michael T. Morrissey has conducted a hearing and issued a Report and Recommendation ("R&R"). No objections have been filed. After review and consideration, and good cause appearing,

**IT IS ORDERED** accepting the R&R (Doc. 62) and granting Government's Motion for Default Judgment and Execution on Cash Bond (Doc. 58).

**IT IS ORDERED AND ADJUDGED** granting a default judgment against the Surety in the amount of $5,000.00 and forfeiting the $5,000.00 cash bond and ordering that the United States take judgment in the amount of $5,000.00, plus accrued interest. The Clerk of the Court is directed to release the cash bond to the United States to satisfy the judgment against the Surety Suzana Blumental.

Dated this 9th day of August, 2022.

G. Murray Snow
Chief United States District Judge

cc: FIN